UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KENT HACKER,** | ) | NO. EDCV 08-1559-MAN |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED: March 31, 2010

_Margaret A. Nagle_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE